UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| **THOMAS LEIGH,**<br>        **PLAINTIFF,**<br><br>vs.<br><br>**EQUIFAX INFORMATION SERVICES, LLC, et al.,**<br>        **DEFENDANTS.** | Case No. 1:21-cv-01083-LY<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY** |

Plaintiffs and Defendant Equifax Information Services, LLC, through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may be dismissed with prejudice against Defendant Equifax Information Services, LLC only, with each party to bear its own attorneys' fees and costs.

DATED this 1st day of August 2022

/s/ Michael B. Halla
Michael B. Halla, Esq
Attorney at Law
Texas State Bar No. 00793128
187 Rolling Court,
Lancaster, Texas 75146
Telephone: (469) 518.0872
Facsimile:  (214) 540.9333
email: mhalla@hallalawfirm.com

Attorney for Plaintiff


/s/ Forrest Seger III
FORREST M. "TEO" SEGER III
Texas Bar No. 24070587
TSeger@clarkhill.com
CLARK HILL PLC
2301 Broadway St.
San Antonio, Texas 78215
(210) 250-6000
(210) 250-6100 (Fax)

*Attorney for Defendant Equifax Information Services, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:


/s/ Michael B. Halla
Michael B. Halla