IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | | |
|---|---|---|
| THOMAS LEIGH, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. 1:21-CV-01083-LY |
| | § | |
| KIMBALL, TIREY & ST. JOHN, LLP, | § | |
|     DEFENDANT. | § | |

## ORDER CLOSING CASE

Before the court is the above entitled cause. On November 3, 2022, Plaintiff filed a Notice of Voluntary Dismissal as to Defendant Kimball, Tirey & St. John, LLP, dismissing Plaintiff's claims against Defendant Kimball, Tirey & St. John, LLP, with prejudice and without costs to either party (Doc. #26). All other Defendants have been previously dismissed. Accordingly,

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this __7th__ day of November, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE